DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAYROLL, LLC,**
Appellant,

v.

**SAN GABRIEL, INC.,** et al.,
Appellees.

No. 4D2025-0110

[March 26, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Matthew Brooks Hurley, Judge; L.T. Case No. 062023CC000365AXXXNO.

Scott James Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Richard Philip Hermann II of Shapiro Blasi Wasserman & Hermann, P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***